UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 86CR0732-DMS |
| ) | |
| Plaintiff, ) | |
| ) | ORDER OF DISMISSAL |
| v. ) | OF THE INDICTMENT, |
| ) | RECALL ARREST WARRANT |
| OSCAR ANDRES NAVARRETE- ) | AND JUDGMENT |
| CARLOS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice, and the Arrest Warrant be recalled.

IT IS SO ORDERED.

DATED: January 29, 2013

_____
HON. DANA M. SABRAW
United States District Judge